TO: Clerk's Office
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 15 2022 ★
LONG ISLAND OFFICE



**APPLICATION FOR LEAVE
TO FILE DOCUMENT UNDER SEAL**

*******************************

UNITED STATES

-v.-

ELIAS GHANEM II

*******************************

CR 22 520

Docket Number

BROWN, J.

TISCIONE, M.J.

SUBMITTED BY: Plaintiff___ Defendant___ DOJ ✓
Name: Oren Gleich
Firm Name: USAO-EDNY
Address: 610 Federal Plaza
          Central Islip, New York 11722
Phone Number: 631-715-7889
E-Mail Address: oren.gleich@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES___ NO ✓
If yes, state description of document to be entered on docket sheet:

**A) If pursuant to a prior Court Order:**
Docket Number of Case in Which Entered:_____
Judge/Magistrate Judge:_____
Date Entered:_____

**B) If a new application,** the statute, regulation, or other legal basis that authorizes filing under seal

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Central Islip , NEW YORK
       November 15, 2022

s/Anne Y. Shields

**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE November 15, 2022
                                      DATE

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, **B.)** ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation:_____; or **C.)** ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns. (Check one)

November 15, 2022
DATE

[signature]
SIGNATURE