# CRIMINAL MINUTE ORDER

**BEFORE JUDGE**: BROWN, USDJ  **DATE:** 12/13/2022
**DOCKET No. CR-** 22-520

**DEFENDANT:** ELIAS GHANEM  **DEF. #**
Present in custody

**DEFENSE COUNSEL:** CHARLES MILLIEON
Federal Defenders

**A.U.S.A.:** OREN GLEICH
INTERPRETER: [Choose an item.] -- [Choose an item.]
PROBATION OFFICER/PRETRIAL: Amanda Carlson
COURT REPORTER/FTR LOG: FTR: 2:22 -2:51  DEPUTY: KM

- ☐ Allocution
- ☒ Arraignment
- ☐ Change of Plea Hearing (*~Util-Plea Entered*)
- ☐ Revocation of Supervised Release evidentiary
- ☐ Telephone Conference
- ☒ Detention hearing
- ☐ Motion Hearing Non Evidentiary
- ☐ Video Conference
- ☐ Other Evidentiary Hearing Contested  TYPE OF HEARING_____

- ☐ Status Conference
- ☐ Revocation of Probation
- ☒ Initial Appearance
- ☐ Revocation of Supervised Release non-evidentiary
- ☐ Bond hearing
- ☐ Plea Agreement Hearing

**SHOULD THIS CALENDAR BE SEALED?**  ☐ YES  ☒ NO

**Do these minutes contain ruling(s) on motion(s)?**  ☐ YES  ☒ NO
Motion(s) Type and Document # of Motion Ruled On:

- ☒ Case called.
- ☒ Counsel for all sides present.
- ☒ Defendant is informed of his/her rights.
- ☒ Defendant's first appearance and arraigned.
    - ☒ Pursuant to Federal Rule of Criminal Procedure 5(f), the court confirmed the Government's disclosure obligations under *Brady* v. *Maryland*, 373 U.S. 83 (1963), and its progeny, and summarized the possible consequences of violating those obligations. Written order to be docketed separately.
- ☒ Defendant waives public reading.
- ☒ Defendant enters a plea of not guilty to the **Indictment**.
- ☒ Set Status Conference for 1/13/2023 at 11:00 a.m. in-person
- ☒ Motion to exclude time through 12/13/2022 . Motion granted, order executed

EXCLUDABLE DELAY CODE TYPE:  XT - Interest of Justice
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL START: 12/13/2022
PERIOD OF EXCLUDABLE DELAY/SPEEDY TRIAL STOP:  1/13/2023
*Docket Clerk Shall Enter Utility Event "Speedy Trial Excludable Delay-Start & Speedy Trial Excludable Delay-Stop*

- ☒ Government Motion for  detention, argument heard.
- ☒ Bail package presented by defendant:
    - ☒ Ruling:
        - ☐ Order setting conditions of bond executed.
        - ☒ Detention Order executed.
            - ☒ Permanent without prejudice to renew .
            - ☐ Temporary: Hearing set for Click or tap to enter a date.
- ☐ Defendant Choose an item.
- ☐ Medical Evaluation Order entered.
- ☐ Motion schedule set:

- ☐ Hearing held.
    - ☐ Witness(es) sworn, testimony heard.  ☐ Exhibits entered.
    - ☐ Hearing Continued to:  ☐ Hearing Concluded.
    - ☐ Ruling on the record.  ☐ Decision Reserved.
- ☐ Transcript of these proceedings ordered sealed. The transcript may be provided for use by counsel in this matter only.
- ☒ OTHER: Discovery being provided to defense, parties will shortly engage in plea negotiations.
- ☒ Defendant continued:  ☒ in custody    ☐ on bond